UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON RICARDO MEJIA SANCHEZ,<br>Petitioner,<br>v.<br>WARDEN CHRISTOPHER LAROSE,<br>Respondent. | Case No.: 26-cv-5529-RSH-JLB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On September 25, 2026, petitioner Nelson Ricardo Mejia Sanchez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. On October 2, 2026, Respondents filed a return acknowledging that "Petitioner is subject to detention under 8 U.S.C. § 1226(a)" and they "believe the appropriate form of relief would be for the Court to direct that a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 5 at 2-3.

///

///

///

///

///

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Nelson Ricardo Mejia Sanchez before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***fourteen (14) days*** of this order or within such additional time as Petitioner may request. The Court lacks authority to appoint counsel to represent Petitioner in his immigration case.

**IT IS SO ORDERED.**

Dated: October 5, 2026

Robert S Huie

Hon. Robert S. Huie
United States District Judge